■ In the Matter of SAMUEL SHEPPARD, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents.—Appeal unanimously dismissed *(see, People ex rel. Aguilar v Kelly,* 143 AD2d 535). In any event, we would hold the petition without merit. (Appeal from order of Supreme Court, Wyoming County, Newman, J.—art 78.) Present—Dillon, P. J., Callahan, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZEKROLLAH HEDAYAT, Appellant.—Judgment unanimously affirmed. Memorandum: By pleading guilty, defendant waived his statutory right to assert that he was entitled to dismissal because the People were not ready for trial within the time required by CPL 30.30 *(People v Thill,* 52 NY2d 1020, 1021, *cert denied* 454 US 829; *People v Clary,* 52 NY2d 1023, 1024; *People v Friscia,* 51 NY2d 845; *People v Prescott,* 66 NY2d 216, 220, *cert denied* 475 US 1150). Defendant's constitutional speedy trial claim, raised for the first time on appeal, lacks merit *(see, People v Taranovich,* 37 NY2d 442). (Appeal from judgment of Seneca County Court, DePasquale, J.—grand larceny, second degree.) Present—Dillon, P. J., Callahan, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN J. KELLY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Finnerty, J.—assault, second degree.) Present— Dillon, P. J., Callahan, Denman, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN D. PRENTICE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—attempted burglary, second degree.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ.